**No. 59563.**—Aeolian Shipping Co. (Transferee) and Geo. E. Athans Co. (Transferee) *v.* United States, protests 218976–K and 218978–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of Pecorino cheese and Feta cheese similar in all material respects to those the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503) and *Lekas & Drivas, Inc.* v. *United States* (33 Cust. Ct. 242, C. D. 1660), the claim of the plaintiffs was sustained.